UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CASEY CRONK | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO. |
| | * | |
| TRITON DIVING SERVICES, LLC | * | SECTION: |
| | * | |
| | * | JURY DEMAND |
| *    *    *    *    *    *    * | | |

## COMPLAINT

Complainant, **CASEY CRONK**, a person of the full age of majority and resident of the State of Florida, through undersigned counsel, brings this action against **TRITON DIVING SERVICES, LLC**, (hereinafter "respondent"), and avers:

### JURISDICTION AND PARTIES

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the general maritime law for general maritime negligence, unseaworthiness and for maintenance and cure.

**II.**

Parties named herein are as follows:

1. Named Complainant herein is:

    **CASEY CRONK**, a resident of the full age of majority of the State of Florida;

1

2. Named Respondent herein is:

**TRITON DIVING SERVICES, LLC**, a domestic corporation authorized to do and doing business in the State of Louisiana.

### III.

The amount in controversy herein exceeds the minimal jurisdictional requirements of this Honorable Court, exclusive of interest and costs.

### IV.

At all times pertinent herein **TRITON DIVING SERVICES, LLC**, was the owner and operator of the **DSV TRITON CRUSADER**.

### FACTS

### V.

On or about 6 May 2011, Complainant, **CASEY CRONK**, was employed by **TRITON DIVING SERVICES, LLC**, as a seaman and member of the crew of the **DSV TRITON CRUSADER**, a vessel under the ownership, control and authority of Respondent, **TRITON DIVING SERVICES, LLC**, as the **DSV TRITON CRUSADER** was conducting commercial diving operations in the Gulf of Mexico off the coast of Louisiana.

### VI.

On the aforementioned date Complainant, **CASEY CRONK**, while conducting a dive from the **DSV TRITON CRUSADER**, sustained central nervous system decompression illness following a dive to approximately 240 feet.

**VII.**

As a result of the aforementioned incident, Complainant, **CASEY CRONK**, was caused to sustain severe and disabling injuries to his body, has sustained psychiatric injuries the severity of which rendered Complainant medically unfit to continue his career as a commercial diver.

**VIII.**

As a direct result of the incident aforementioned in Paragraph **VII.**, your Complainant, **CASEY CRONK,** has sustained a disability, incurred and will continue to incur in the future loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **TRITON DIVING SERVICES, LLC**

**CAUSES OF ACTION**

**JONES ACT**

**IX.**

Complainant's damages were the proximate and direct result of the following negligent acts of the Respondent, **TRITON DIVING SERVICES, LLC**, in its operation and maintenance of the task at hand and in the operation of the **DSV TRITON CRUSADER,** complainant's working conditions and in the supervision of and planning and direction of the work of the vessel's crew; additionally and more specifically, **TRITON DIVING SERVICES, LLC**, was negligent in failing to:

1. Plan and implement a safe dive plan for the dive in question;

2. Provide proper medical care and treatment following the report by Complainant of symptoms of central nervous system decompression illness to his supervisors;

3. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

4. Provide Complainant with a safe and non-hazardous workplace;

5. Provide proper and sufficient tools and manpower to complete the tasks at hand;

6. And any other acts of negligence discovered during the prosecution of these causes of actions.

## GENERAL MARITIME LAW

## UNSEAWORTHINESS and NEGLIGENCE

### X.

At all times pertinent hereto, Respondent, **TRITON DIVING SERVICES, LLC**, owned, controlled, operated, provisioned and manned the **DSV TRITON CRUSADER,** upon which **CASEY CRONK** was assigned during his employment with **TRITON DIVING SERVICES, LLC**

### XI.

Under the General Maritime Law, it was the duty of Respondent, **TRITON DIVING SERVICES, LLC**, to furnish Complainant, **CASEY CRONK**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned vessel and to conduct operations aboard the vessels in a safe and proper manner; in connection with Complainant's injuries and disability, **TRITON DIVING SERVICES, LLC**, was negligent in the operation of the vessel and its operations on or about 6 May 2011.

## XII.

Complainant avers that through the actions and/or inactions of **TRITON DIVING SERVICES, LLC**, that the **DSV TRITON CRUSADER** on which Complainant was assigned was rendered unseaworthy.

## XIII.

The injuries, disabilities and damages sustained by Complainant in the aforementioned paragraphs of this Complaint were caused by the unseaworthy condition of the **DSV TRITON CRUSADER** on which Complainant was assigned during his employment for **TRITON DIVING SERVICES, LLC**, and by the negligence of **TRITON DIVING SERVICES, LLC**, in the operation of said vessel and operations on or about 6 May 2011.

## MAINTENANCE AND CURE

## XIV.

As an employee and seaman of **TRITON DIVING SERVICES, LLC**, Complainant, **CASEY CRONK**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **TRITON DIVING SERVICES, LLC**, have failed to pay sufficient maintenance and cure, for which now **CASEY CRONK** makes judicial demand, in addition to attorney's fees, costs and damages.

## JURY TRIAL

## XV.

Complainant, **CASEY CRONK**, desires and is entitled to a trial by jury on the issues sued upon herein.

**WHEREFORE,**

1. Complainant, **CASEY CRONK**, prays for judgment against Respondent, **TRITON DIVING SERVICES, LLC**, in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief.

2. Complainant, **CASEY CRONK**, also prays for judgment against **TRITON DIVING SERVICES, LLC**, requiring **TRITON DIVING SERVICES, LLC**, to provide appropriate medical care and rehabilitation due Complainant and for all maintenance and cure benefits due Complainant under the law, in addition to attorney's fees, damages and costs for instituting this cause of action.

3. Complainant, **CASEY CRONK**, further prays for trial by jury.

Respectfully submitted,

**DELISE & HALL**

   s/Bobby J. Delise
**BOBBY J. DELISE T.A. (#4847)**
**ALTON J. HALL, JR. (#20846)**
7924 Maple Street
New Orleans, LA 70118
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com
***Counsel for Complainant,***
***CASEY CRONK***

<u>**WAIVE SERVICE AT THIS TIME FOR:**</u>
**TRITON DIVING SERVICES, LLC**